## (February 5, 1959)

■ MEYER HERSCHENHORN, Appellant-Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent-Appellant.— Motion by the plaintiff-appellant-respondent for permission to appeal to the Court of Appeals upon a certified question. Motion denied. Motion by the defendant-respondent-appellant for permission to appeal to the Court of Appeals upon a certified question. Motion denied. Both motions are denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SHEILA SHAW, Respondent. ISADOR LUBIN, as Industrial Commissioner, Respondent. GENERAL MUTUAL INSURANCE COMPANY, Appellant.— Motion for an order granting counsel fees in the sum of $150 and disbursements in the sum of $30 to Robert H. Harder, attorney for claimant-respondent. Motion granted. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ AGNES V. STOLZ, as Administratrix of the Estate of HENRY G. STOLZ, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent. Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FRANK PARKER, JR., Appellant.— Application for an extension of time in which to perfect an appeal from a dismissal of a writ of habeas corpus. Application denied upon the ground that the relief sought is unnecessary — habeas corpus being a civil proceeding. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ BETTY G. GOERGEN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 33485.) — Motion by respondent for costs. Motion denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MARION E. COBLE, Respondent, against REMINGTON RAND, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ORLO FAIRFIELD, Appellant.— Application for an extension of time within which to perfect appeal granted and time to perfect appeal extended until the June 1959 Term of this court. Application in all other respects denied. Leave to appellant to prosecute appeal as a poor person was granted by this court on May 25, 1958. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of AUGUSTUS F. BOUCHARD, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion for permission to appeal to the Court of Appeals denied, and stay vacated. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of HAROLD E. SUNDBERG, Appellant, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion for reargument, or in the alternative for amendment of the remittitur, or in the alternative for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.